**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Riki McGettigan | : | |
| | : | |
| | : | |
| | : | Case No. 18-17451AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on January 24, 2019, I served this **Notice of Continued 341 Hearing** in the instant matter to **February 25th, 2019 at 10:30am** on all interested parties and the following parties by electronic means and/or regular US Mail at the following addresses:

**Office of the US Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esq.**
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

    Very Truly Yours,

January 24, 2019

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire